# United States Court of Appeals

## For the Eighth Circuit

———————————————

No. 17-3255

———————————————

Gai Thi Nguyen

*Plaintiff - Appellant*

v.

Bert Birdi, Kennametal, Inc., Team Leader; James Cox, Kennametal, HR Director;
Lynda Young, Kennametal, Inc., HR Director; Steve Lay, Kennametal, Inc., Plant
Manager Unit I; George Dumond, Kennametal, Inc.

*Defendant*s

Kennametal, Inc.

*Defendant - Appellee*

———————

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville

———————

Submitted: March 14, 2019
Filed: March 26, 2019
[Unpublished]

———————

Before BENTON, BOWMAN, and GRASZ, Circuit Judges.

———————

PER CURIAM.

Gai Nguyen appeals following the district court's[1] adverse grant of summary judgment in her employment-discrimination action. Having carefully reviewed the record and the parties' arguments on appeal, we find no basis for reversal.

Accordingly, we affirm the judgment. <u>See</u> 8th Cir. R. 47B.

––––––––––––––––––––––––––––

[1]The Honorable P.K. Holmes, III, Chief Judge, United States District Court for the Western District of Arkansas.